UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JAMES MARVIN REED, | : | 18 U.S.C. § 2423(c) |
| | : | (Traveling in Foreign Commerce |
| Defendant. | : | and Engaging in Illicit Sexual |
| | : | Conduct) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE
Traveling in foreign commerce and engaging in illicit sexual conduct
(18 U.S.C. § 2423(c))

Between on or about January 17, 2007, and in or about December 2007, the defendant, JAMES MARVIN REED, a citizen of the United States with no last known residence in the United States, did travel in foreign commerce, from the United States to the Philippines, and engage in illicit sexual conduct as defined in Title 18, United States Code, Section 2423(f), with another person, outside the jurisdiction of any particular state or district of the United States but within the extraterritorial jurisdiction of the United States and, therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia.

All in violation of Title 18, United States Code, Section 2423(c).

## **NOTICE OF FORFEITURE**

Notice is hereby given that the following property is subject to forfeiture in accordance with 18 U.S.C. § 2428:

1.all property used or intended to be used to commit or to facilitate the commission of the violations alleged in this Indictment; and

2.all property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violations.

A TRUE BILL:

_____
FOREMAN

Steven J. Grocki
Chief
Child Exploitation and
Obscenity Section, Criminal Division
U.S. Department of Justice


By: _____
Mi Yung C. Park
Trial Attorney
Child Exploitation and
Obscenity Section, Criminal Division
U.S. Department of Justice


By: _____
James E. Burke IV
Trial Attorney
Child Exploitation and
Obscenity Section, Criminal Division
U.S. Department of Justice