UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES MARVIN REED, )<br>)<br>Defendant. ) | CRIMINAL NUMBER 15-188 (APM) |

**DEFENDANT'S REPLY TO THE GOVERNMENT'S MOTION FOR CONTINUANCE**

James Reed, through counsel, hereby submits the following reply in opposition to the Government's motion to continue the trial currently set for June 13, 2017.

As previously indicated in prior filings, the investigation of this matter was initiated in November 2008. After a period of inactivity, the investigation was re-opened under a new case number in November 2012. The indictment charging Mr. Reed was filed on December 15, 2015. On August 3, 2016, Mr. Reed was detained by the Philippines' Immigration Authority as a result of the suspension of his United States Passport following his indictment in this case. Eventually, Mr. Reed was taken into custody by Homeland Security Agents and transported to the United States. On October 4, 2016, Mr. Reed appeared in the United States Court for the District of Columbia and was arraigned before Magistrate Judge Deborah A. Robinson. Mr. Reed first appeared before this Court on October 17, 2016. Mr. Reed's current trial date of June 13, 2017, was set by the Court on March 20, 2017.

At the status hearing, which was held on May 5, 2017, the government requested that Mr. Reed's trial, currently scheduled for June 13, 2017, be continued until October of 2017. At that hearing and by its motion, the government alleges that because of the unavailability of four witnesses that it deems as essential to its case-in-chief, it would not be prepared to proceed to trial on June 13, 2017.

Two of the witnesses which the government suggests are essential to its case are Homeland Security Agents. As to Agent Keith Cramsey, the agent involved in collecting the DNA evidence, the government indicates that he will be unavailable from June 5, 2017 to June 24, 2017, because he would like to participate in training. However, the government's motion does not indicate the location of the training, and if that location would make it inconvenient for Agent Cramsey to be absence from training even for the brief period of time required for his testimony. With respect to Agent Steve Sampilo, the agent that the government would designate as case agent, the government indicates that he would not be available between July 7, 2017 and August 4, 2017 because he is the only Homeland Security Agent available for the duty assignment in Manila, Philippines during that period of time. However, that the not prevent Agent Sampilo from being available for the present trial date of June 13, 2017. Finally, with respect to the unavailability of the agents, it is submitted that both agents could be made available for the present trial date, and that, both are certainly available for the suggested alternate trial date of August 14, 2017.

The other two witnesses identified in the government's motion are both civilian witnesses. The government's motion avers that it will seek to present the expert testimony of Dr. Allison Jackson to provide specialized medical evidence on the injuries (or lack thereof) as to

Victim 2 and of the gestational period for Victim 1. The government's motion indicates that Dr. Jackson is not available in June or August of 2017 (the current proposed trial dates), due to other trials and patient responsibilities. Even if it is determined that the aforementioned expert testimony is admissible, it is submitted that it has not been shown that Dr. Jackson's schedule could not be adjusted to allow for her appearance at a specified time so as not to unduly interfere with her other responsibilities.

As to the other civilian witness, identified as the "414 witness", the government's motion indicates the witness is necessary to the allegations of tampering and may provides a connection between the two counts in the case. The government's motion indicates that the 414 witness will not be available between June 6, 2017 and September 1, 2017, because she will be in Europe on vacation. Even if her testimony is determined to be admissible, it is submitted that arrangements could be made by the government so that the witness could testify without interrupting too much of her vacation. Furthermore, the additional responsibilities mentioned by government for the time period of July 11 to August 11, 2017, would have been completed before the suggested alternate trial date of August 14, 2017.

Finally, it is submitted that the present trial date of June 13, 2017, was set on March 20, 2017 and that all of the information and witnesses relevant to the prosecution of this matter were known to the government long before its request for a continuance of the present trial date. The government does not aver that some witnesses are missing, just that they are unavailable. Thus, because the whereabouts of all of the witnesses is known, it is submitted that their presence for trial could reasonably be obtained without any undue burden on the government. Therefore, it is respectfully requested that the government's Motion for Continuance be denied, and that Mr.

Reed's trial remain set for June 13, 2017, or, at the very least on the suggested alternate date of August 14, 2017, not sometime in October of 2017.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
W. GREGORY SPENCER
First Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500