# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-3066**  **September Term, 2017**

1:15-cr-00188-APM-1

**Filed On: November 27, 2017**

United States of America,

    Appellant

v.

James Marvin Reed,

    Appellee

### O R D E R

Upon consideration of appellant's motion to dismiss its appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
    Daniel J Reidy
    Deputy Clerk